**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 425 MAL 2018
   :
              Respondent   :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
              v.   :
   :
   :
LANDON WILEY THOMAS,   :
   :
              Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.